UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80016-Tp-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

WESTLEY DAVID SEABURN,

Defendant.
_____/

FILED by _____ D.C.
NOV 30 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

The Defendant, WESTLEY DAVID SEABURN, appeared before the Court, represented by counsel, on November 22, 2010. The Defendant was originally convicted of conspiring to possess more than 5 grams of crack cocaine with intent to distribute, in violation of 21 U.S.C. § 846, and possessing with intent to distribute more than 5 grams of crack cocaine, in violation of 21 U.S.C. § 841(b)(1)(B)(iii). U.S. District Judge Daniel T.K. Hurley sentenced the Defendant to 66 months incarceration, followed by eight years of supervised release. The Defendant's supervised release began on July 16, 2008.

The Defendant is now charged with violating his supervised release by failing to refrain from violating the law, in that on July 17, 2010, the Defendant was arrested and charged with driving under the influence in violation of Florida Statute 316.193(1). On August 10, 2010, the charge was no filed in Case Number 2010CR021146A99.

The Defendant admits to being arrested but does not admit to the underlying conduct. The government admits that it has no evidence to prove the alleged violation and moves to dismiss the petition.

1

Based on the foregoing, this Court RECOMMENDS that the petition be dismissed.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable US. District Judge Daniel T.K. Hurley, within fourteen days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982), cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 30 day of November, 2010.

*[signature]*
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE