UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80016-T/P-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WESTLEY DAVID SEABURN,
    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING PETITION; AND REINSTATING SUPERVISED RELEASE

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendation of a United States Magistrate Judge, [DE 12]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation are **adopted**.

2. The Petition for violating the conditions of supervision, [DE 3], is **dismissed**.

3. The Term and Conditions of supervised release previously imposed are **reinstated**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _1st_ day of December, 2010.

**copy furnished**:
AUSA Ellen L. Cohen
AFPD Robin C. Rosen-Evans
United States Probation Office (Scott Kirsche)

Daniel T. K. Hurley
United States District Judge