## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80016-T/P-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**WESTLEY DAVID SEABURN,**
    **Defendant.**
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS
### AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 26] and [DE 43], dated October 1, 2013 and November 12, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, December 11, 2013,** at **1:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of December, 2013.

**copy furnished:**
AUSA William T. Zloch
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge